*George T. Bagby, J. R. Cullens,* contra.

## 41212. AIKENS v. THE STATE.

EBERHARDT, Judge. This court is without jurisdiction to review an order of the State Board of Pardons and Paroles denying the petition of a defendant for reduction of the sentence imposed by the trial court. Art. VI, Sec. II, Par. VIII, Constitution *(Code Ann. § 2-3708)*; *Baggett Transportation Co. v. Barnes,* 108 Ga. App. 68 (132 SE2d 229). The bill of exceptions is accordingly

*Dismissed. Nichols, P. J., and Pannell, J., concur.*

DECIDED MARCH 4, 1965.

*Herschel H. Hutchins,* for plaintiff in error.

*George D. Lawrence, Solicitor General,* contra.